```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 05314
   ZACHARY JEROME FORD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-0512


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/16/2005 and was confirmed 06/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.06% from remaining funds.

      The case was converted to chapter 7 after confirmation 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ALL PURPOSE HEATING        SECURED           1691.51          .00        1691.51
ALL PURPOSE HEATING        UNSECURED       NOT FILED          .00            .00
ARONSON FURNITURE          SECURED            650.00          .00         650.00
ARONSON FURNITURE          UNSECURED OTH    1421.37           .00         258.90
MIDLAND CREDIT MANAGEMEN   SECURED           1000.00          .00        1000.00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00            .00
OPTION ONE MORTGAGE        CURRENT MORTG        .00           .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE     772.92           .00         772.92
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED          .00            .00
CHICAGO HEIGHTS MED CENT   UNSECURED          286.00          .00          52.08
EMERGENCY CARE PHYSICIAN   UNSECURED       NOT FILED          .00            .00
FIDELITY                   UNSECURED       NOT FILED          .00            .00
SPRINT                     UNSECURED       NOT FILED          .00            .00
AUTO ONE ACCEPTANCE        UNSECURED        10944.41          .00        1993.01
TRIAD FINANCIAL            UNSECURED        17639.47          .00        3212.21
GLENDA J GRAY              DEBTOR ATTY      1,894.00                     1,566.07
TOM VAUGHN                 TRUSTEE                                         611.91
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  11,808.61

PRIORITY                                              .00
SECURED                                          4,114.43
UNSECURED                                        5,516.20
ADMINISTRATIVE                                   1,566.07
TRUSTEE COMPENSATION                               611.91
DEBTOR REFUND                                         .00
                         --------------       --------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 05314 ZACHARY JEROME FORD
```

```
TOTALS                                   11,808.61          11,808.61
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                     /s/ Tom Vaughn
                                                     _____
                                                   TOM VAUGHN
                                                   CHAPTER 13 TRUSTEE